# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 42548

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2015 Unpublished Opinion No. 546 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: July 9, 2015 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| ADAN ADOLFO ARROYO, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Bonneville County. Hon. Jon J. Shindurling, District Judge.

Appeal from judgment of conviction and unified life sentence, with a minimum period of confinement of twenty-five years, for first degree murder, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Eric D. Fredericksen, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before MELANSON, Chief Judge; GUTIERREZ, Judge;
and GRATTON, Judge

_____

PER CURIAM

Adan Adolfo Arroyo pled guilty to first degree murder. I.C. § 18-4001-I. The parties entered into a binding I.C.R. 11 plea agreement. Pursuant to that plea agreement and in exchange for Arroyo's guilty plea, additional charges were dismissed and the state withdrew its notice of intent to seek the death penalty. The district court sentenced Arroyo to a unified term of life imprisonment, with a minimum period of confinement of twenty-five years. Counsel for Arroyo filed an I.C.R 35 motion and Arroyo filed a pro se Rule 35 motion, which the district court denied. Arroyo appeals.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Arroyo's judgment of conviction and sentence are affirmed.